# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | Civil No. – JFM-10-426 |
| | * | Criminal No. JFM-06-0388 |
| CHESTER GRIFFITHS | * | |

## MEMORANDUM

Chester Griffiths has filed a motion under 28 USC §2255 to vacate, set aside, or correct his sentence. The motion will be denied.

Griffiths alleges that he was improperly sentenced to 180 months incarceration. According to Griffiths, he anticipated that he would be sentenced to only 120 months incarceration. There is no basis for his contention. Griffiths faced a *mandatory minimum* of 120 months. However, nothing in the plea agreement indicated that he would be sentenced only to 120 months. Indeed, the plea agreement expressly stated that the maximum sentence Griffiths faced was life imprisonment, and nothing in the plea agreement suggested that he would be sentenced only to the mandatory minimum. In that connection, it should be noted that the plea agreement did not call for a binding plea under Fed. R. Crim. P. 11(c).

A separate order denying Griffiths' motion is being entered herewith.

Date: June 30, 2010      /s/
                         J. Frederick Motz
                         United States District Judge

1